Dear, Honorable Judge Baker

I Walter Wallace, JR IV would like this Honorable Court to Remove Ms. Felicia A. Jones off my current case 4:15-CR-00324 for the previous stated reasons in the Affidavit has caused and would only create a more tenuous relationship. Thus violating my Sixth Amendment Right to Effective Assistance Of Counsel and my Fifth Amendment Right To Due Process and Equal Protection Of The Law. If it be within the courts power, please appoint Adam D. Fein as counsel.

Sincerely yours,

*Walter W. Wallace*
Walter W. Wallace

9 / 8 / 15

RECEIVED
SEP 11 2015
BY MAIL

**AFFIDAVIT IN SUPPORT OF
LETTER OF SERVICE**

I, Walter Wallace declare and hereby certify that I submitted
WALTER WALLACE

a Letter Of Service To Attorney At Law: FELICIA A. JONES

at 1010 Market St. Suite 200                On 9 / 8 / 2015

**Dear, Ms. Jones**

I, Walter Wallace spoke with Ms. Jones over the phone about my discover which didn't contain the statements of Chambers and the other witness. Also you still haven't provided me with the Case Law I have requested for my certificates from Terre Haute or the Transcript from Aug 20,2015 Conference/Status Hearing with The Prosecutor. I informed Ms. Jones that if you didn't have the transcripts available to re schedule the hearing I missed so I can be present. Furthermore, I see that Ms. Jones haven't filed a "GaG Order," as instructed too I feel that you " **Blantely Disregard,**" my instructons. I can understand that I am not your only client, but due to this Complexity and the severity of this case. I am going to need a **"Lawyer"** full attention, time and conceivable efforts in this case. I see that a court date is schedule for September 28, 2015 at 10:00am from my understanding its only for attorneys only. I don't give you the " **Authorization"** to have that Conference/Meeting/Status Hearing without Walter W. Wallace The Defendant being present at court. I give The Federal Courts Authorization to do a Pre Sentencing Report. I want a copy of my Docket Sheet, Plea agreement with signature, and Judgement of Commitment with court room Minute Sheet Attached from my 2011 case. And I want all of the above from The Illinois case I had in 2013. If you have a problem with the above instructions that I have giving you in reference to this case matter. In all due respect please accuse yourself as my Attorney on this case. This is my **"Life"** that I am fight for which I take highly serious there are no room for error/mistakes in this case period. Please bring the above information that I have ask you when you come and see me.

Thank you for your full attention & cooperation into this matter/ my life look forward to seeing you with the Legal materials.

_____            _____
Notary Public                                   My Commission Expires

JEANNE M. FITZGERALD
Notary Public - Notary Seal
STATE OF MISSOURI
Franklin County
My Commission Expires: July 28, 2018
Commission # 14467608

                                        _____
                                        Walter W. Wallace, Jr

Walter W.Wallace,JrIV
100 S.Central Avenue
Clayton, Mo 63105

To: (Honorable Judge)
Nannette A.Baker
111 South 10th Street,
Suite 3.300 St.Louis,MO 63102



PERSONAL & Confidential to
BE OPEN BY ADDRESSEE ONLY!

RECEIVED
SEP 1 1 2015
BY MAIL

63102112599